UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROSS EDWARD M., <br> Plaintiff, <br> v. <br> COMMISSIONER OF SOCIAL SECURITY, <br> Defendant. <br> _____/ | Case No. 24-11053 <br><br> Curtis Ivy, Jr. <br> United States Magistrate Judge |

## ORDER STRIKING ECF No. 17

Plaintiff moved for an award of attorney fees pursuant to the Equal Access to Justice Act. (ECF No. 17). Plaintiff's counsel did not state whether concurrence in the relief was sought under Local Rule 7.1(a). The motion is **STRICKEN**. Plaintiff may refile the motion after seeking concurrence and including a Rule 7.1(a) certification in the motion if concurrence is not obtained. If the Commissioner consents to the award of attorney fees, the parties should submit a stipulation and proposed order through Utilities in CM/ECF.

    **IT IS SO ORDERED**.


Date: January 3, 2025                   s/Curtis Ivy, Jr.
                                                     Curtis Ivy, Jr.
                                                     United States Magistrate Judge